UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL P. LOGAN,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA,<br>COUNTY OF NAPA, et al.,<br><br>Defendants. | Case No. 15-cv-01573-KAW<br><br>**ORDER REGARDING DEFENDANT<br>JEFFREY W. PARKS' MOTION TO<br>DISMISS; ORDER REQUIRING MR.<br>PARKS TO REGISTER FOR ECF**<br><br>Re: Dkt. No. 10 |

On May 4, 2015, Defendant Jeffrey W. Parks filed a motion to dismiss and attached exhibits to the motion, which is improper, because a district court may not generally consider any material beyond the pleadings in ruling on a 12(b)(6) motion to dismiss for failure to state a claim. *Lee v. City of Los Angeles,* 250 F.3d 668, 688 (9th Cir. 2001).

Notwithstanding, a district court may take notice of facts not subject to reasonable dispute that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *United States v. Bernal–Obeso,* 989 F.2d 331, 333 (9th Cir. 1993). "[A] court may take judicial notice of 'matters of public record,'" *Lee*, 250 F.3d at 689 (citing *Mack v. S. Bay Beer Distrib.*, 798 F.2d 1279, 1282 (9th Cir. 1986)), and may also consider "documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading" without converting a motion to dismiss under Rule 12(b)(6) into a motion for summary judgment. *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994), overruled on other grounds by *Galbraith v. Cnty. of Santa Clara*, 307 F.3d 1119 (9th Cir. 2002).

Accordingly, the attached exhibits are stricken, and Mr. Parks may file a request for judicial notice on or before June 1, 2015.  Although all exhibits appear to be court filings, and

United States District Court<br>Northern District of California

1   therefore matters of public record, should Plaintiff object to the request for judicial notice, he may

2   file an objection on or before June 18, 2015.  The Court will still hold the hearing on Defendant's

3   motion to dismiss on June 18, 2015 at 11:00 a.m.

4       The Court also notes that Mr. Parks is not registered with the court's Electronic Case

5   Filing ("ECF") system.  All attorneys are obligated to register and participate in their respective

6   cases electronically, and are not permitted to file manually.  *See* Civil L.R. 5-1(c).  That Defendant

7   is representing himself does not relieve him of this requirement.  Therefore, Mr. Parks shall

8   immediately register as an ECF user and all future filings must be filed electronically.

9       IT IS SO ORDERED.

10  Dated: May 26, 2015

11  _____
    KANDIS A. WESTMORE

12  United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2