UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL P. LOGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF NAPA, et al.,<br><br>    Defendants. | Case No. 15-cv-01573-KAW<br><br>**ORDER VACATING HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>Re: Dkt. Nos. 7 & 10 |

Defendants Superior Court, County of Napa and Jeffrey W. Parks filed separate motions to dismiss Plaintiff's complaint. (Dkt. Nos. 7 & 10.) The Court finds both matters suitable for disposition without hearing pursuant to Civil Local Rule 7-1(b), and vacates the June 18, 2015 hearings. The Court will issue written orders on the motions.

IT IS SO ORDERED.

Dated: June 17, 2015

KANDIS A. WESTMORE
United States Magistrate Judge